**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2287**

JULIAN HARMAN,

        Plaintiff – Appellant,

    v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville. Timothy M. Cain, District Judge. (6:13-cv-01728-TMC)

Submitted: July 30, 2015          Decided: August 13, 2015

Before KING and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

W. Daniel Mayes, SMITH, MASSEY, BRODIE, GUYNN, & MAYES, P.A., Aiken, South Carolina, for Appellant. Hugh Dun Rappaport, Special Assistant United States Attorney, Boston, Massachusetts; Marshall Prince, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julian Harman appeals the district court's order adopting the recommendation of the magistrate judge and entering judgment for the Commissioner in this action challenging the denial of disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harman v. Comm'r Soc. Sec. Admin., No. 6:13-cv-01728-TMC (D.S.C. Sept. 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2